IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| ELKINS | : | 02-1527 |
| GRANT | : | 02-1943 |
| MURPHY | : | 02-3866 |
| RENER | : | 02-3870 |
| JACKSON | : | 02-3900 |
| MARUSHI, et al. | : | 02-3914 |
| MORRIS | : | 02-3953 |
| FORTNER | : | 02-3961 |
| MACHALA | : | 02-3984 |
| RAMIREZ, et al. | : | 02-4114 |
| THEODORAN | : | 02-4123 |
| STOPHER | : | 02-4147 |
| COPENHAVER, et al. | : | 02-4187 |
| PERERA | : | 02-4205 |
| BERUMEN, et al. | : | 02-4238 |
| RISLEY, et al. | : | 02-4246 |
| MONTGOMERY, et al. | : | 02-4280 |
| MILLER, et al. | : | 02-4281 |
| DUBOIS | : | 02-4317 |
| EDUVALA, et al. | : | 02-4327 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Anita B. Brody, Judge**_____